**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**DIVISION AT LEXINGTON**

*Electronically Filed*

| | |
|---|---|
| DAVID KIDROSKE, JR. ) | |
| ) | |
|    Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | _____ |
| MADISON COUNTY DETENTION ) | |
| CENTER; STEVE TUSSEY, ) | |
| Individually, and in his capacity as ) | |
| MADISON COUNTY JAILER; THOMAS ) | |
| JONES, Individually, and in his capacity ) | |
| As MADISON COUNTY ASSISTANT ) | |
| JAILER; SOUTHERN HEALTH ) | |
| PARTNERS, INC. and DEPUTIES JOHN ) | |
| DOE AND JANE DOE ) | |
| ) | |
|    Defendants ) | |

**NOTICE OF REMOVAL**

    **PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Southern Health Partners, Inc. by the undersigned counsel, hereby removes the above-entitled action from the Madison Circuit Court of the Commonwealth of Kentucky to the United States District Court for the Eastern District of Kentucky, Lexington Division, and in furtherance of this removal states as follows:

    1.    There was commenced and is now pending in the Commonwealth of Kentucky, Madison Circuit Court, Civil Action No. 20-CI-00032, a lawsuit styled *David Kidroske, Jr., v. Madison County Detention Center; Steve Tussey, Individually and in his capacity as Madison County Jailer; Thomas Jones, Individually, and in his capacity as Madison County Assistant*

*Jailer; Southern Health Partners, Inc., and Deputies John Doe and Jane Doe,* (the "State Court Action").

2. Defendant Southern Health Partners, Inc. (SHP) was served with Plaintiff's Complaint on January 28, 2020.

3. Southern Health Partners, Inc. filed an answer to the Complaint on February 17, 2020.

4. Madison County Detention Center, Steve Tussey, individually and in his capacity as Madison County Jailer; and Thomas Jones, individually and in his capacity as Madison County Assistant Jailer, (collectively "the Madison County Defendants") filed an answer to the Complaint on February 10, 2020.

5. A true and correct copy of the Complaint and both Answers are attached hereto as Exhibits A, B and C.  True and correct copies of an Entry of Appearance by Lynn Sowards Zellen and Entry of Appearance of Ellen L. Black were filed on February 10, 2020 and are attached hereto as Exhibits D & E.  Pursuant to 28 U.S.C. § 1446(a), the documents attached as Exhibits A, B, C, D and E constitute copies of all process, pleadings, and orders served in the State Court Action.

6. 28 U.S.C. § 1441 establishes when an action is removable.  According to 28 U.S.C. § 1441(a) "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. This Court's subject matter jurisdiction and basis for removal is 42 U.S.C. §1983.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1446(a) because the Circuit Court of Kentucky, Madison County, where the State Court Action was filed and pending prior to removal, is a state court within this federal district and division.

9. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), being within thirty (30) days of SHP being served with a copy of the Summons and Complaint in this action.

10. SHP will promptly serve Plaintiff with this Notice of Removal and will promptly file a copy of this Notice of Removal with the clerk of the Circuit Court of Kentucky, Madison County, as required under 28 U.S.C. § 1446(d).

Date:   February 27, 2020

Respectfully submitted,

*/s/ Margaret Jane Brannon*
Margaret Jane Brannon
Jackson Kelly PLLC
City Center   Suite 700
100 West Main Street
P O Box 2150
Lexington, KY  40507
(859) 255-9500
mjbrannon@jacksonkelly.com
*Counsel for Defendant,*
 *Southern Health Partners, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will serve a copy to all counsel of record:

| | |
|---|---|
| Thomas K. Herren<br>Herren Law PLLC<br>148 N. Broadway<br>Lexington, KY 40507<br>*Counsel for Plaintiff* | D. Barry Stilz<br>Lynn Sowards Zellen<br>Ellen L. Black<br>Kinkead & Stilz, PLLC<br>Suite 800<br>301 E. Main Street<br>Lexington, KY 40507<br>*Counsel for Madison County Defendants* |

David M. Fernandez, Clerk
Madison Circuit Court
101 W. Main Street
P O Box 813
Richmond, KY 40475

                                              */s/ Margaret Jane Brannon*
                                              *Counsel for Defendant,*
                                              *Southern Health Partners, Inc.*