Filed          20-CI-00032   01/15/2020          David M. Fernandez, Madison Circuit Clerk

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL BRANCH
___ DIVISION
CIVIL ACTION NO. _____

*Electronically Filed*

DAVID KIDROSKE, JR.                        PLAINTIFF

v.                    **COMPLAINT**

MADISON COUNTY DETENTION CENTER;
STEVE TUSSEY, Individually, and in his
capacity as MADISON COUNTY JAILER;
THOMAS JONES, Individually, and in his
capacity as MADISON COUNTY ASSISTANT
JAILER; SOUTHERN HEALTH PARTNERS,
INC. and DEPUTIES JOHN DOE and JANE DOE        DEFENDANTS

* * * * * * *

    Comes the plaintiff, David Kidroske, Jr., by and through counsel, and for his Complaint, states:

### INTRODUCTION

    This is a civil action brought against Madison County Detention Center; Steve Tussey, Individually, and in his capacity as Madison County Jailer; Thomas Jones, Individually, and in his capacity as Madison County Assistant Jailer; Southern Health Partners, Inc., Individually, and by and through their providers, John and Jane Doe, and in their capacity as Medical Director of Madison County Detention Center; and Deputies John Doe and Jane Doe, brought by plaintiff, who alleges that he suffered as a result of negligence, deliberate indifference, recklessness, and violation of his civil rights by defendants.

Filed          20-CI-00032   01/15/2020          David M. Fernandez, Madison Circuit Clerk

EXHIBIT "A"

Package:000003 of 000010

Presiding Judge: HON. JEAN C. LOGUE (025304)

Package : 000003 of 000010

**Filed**        20-CI-00032    01/15/2020        David M. Fernandez, Madison Circuit Clerk

## SPECIFIC ALLEGATIONS

1.      Defendant, Steve Tussey, Individually, and in his capacity as Madison County Jailer, is served at: Madison County Detention Center, 107 W. Irvine Street, Richmond, Kentucky 40475.

2.      Defendant, Thomas Jones, Individually, and in his capacity as Madison County Assistant Jailer, is served at: Madison County Detention Center, 107 W. Irvine Street, Richmond, Kentucky 40475.

3.   .   Defendant, Southern Health Partners, Inc., Individually, and in their capacity as Madison County Detention Center Medical Director, is served at: CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky 40601, and including their agents and employees who worked at or supervised staff at the Madison County Detention Center.

4.      Deputies John Doe and Jane Doe will be named by amendment hereto when specifically identified but are hereby placed on notice of this litigation and claims. Deputies John Doe and Jane Doe were deputy jail employees of the Madison County Detention Center at all times relevant hereto and acting within the scope of their employment and knew or should have known of the leaking, dangerous conditions and neglected such conditions.

5.      During his incarceration at the Madison County Detention Center and under the control of the defendants, plaintiff was mistreated, abused, negligently treated, untreated with indifference and in a cell during which it was plainly evident that he required medical attention, his civil rights being violated thereby.

6.      Defendants' agents and employees failed to properly observe and surveil Mr. Kidroske, in violation of 501 KAR 3:060, §2 Prison Supervision. Further, their above-referenced failures violated the custom and practice standards for the jail industry, American Correctional

Package:000004 of 000010

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000004 of 000010

2

**Filed**          **20-CI-00032    01/15/2020**          **David M. Fernandez, Madison Circuit Clerk**

Standards and National Healthcare Standards. The jail personnel failed to recognize and correct identified hazards; failed in required observations and documentations; failed to intervene in a timely fashion; were inconsistent in records; and failed to prevent Mr. Kidroske's injuries while in custody.

7.      Defendants, Steve Tussey, Thomas Jones, Southern Health Partners, Inc., and the Madison County Detention Center, in violation of 501 KAR 3 in Prisoner Supervision, Custom and Practice for Administration of Detention Facilities, failed to train, supervise or direct its deputies.

8.      Defendants, Steve Tussey and Thomas Jones were unreasonable and indifferent as to the civil rights of Mr. Kidroske and his deputies were negligent and indifferent to the conditions where plaintiff was lodged and his complaints about these conditions.

9.      Defendants and each of them failed to provide Mr. Kidroske with onsite and/or adequate medical care and equal treatment. Southern Health, its agents and Madison County Detention Center Deputies failed to respond to medical conditions, and the completeness of evaluations. The above-referenced violations in this case caused the unnecessary and wanton infliction of pain and suffering to Mr. Kidroske. The defendants were negligent, indifferent, and violated civil rights as to the conditions of Mr. Kidroske, which constitute the "unnecessary and wanton infliction of pain" under Kentucky Civil Rights law.

10.     Plaintiff Kidroske had medical conditions that required surveillance of Mr. Kidroske, which failures by the defendants showed deliberate indifference to his needs and were a substantial factor causing his pain and injury.

11.     Defendants have failed to implement the requisite policies and procedures as mandated by its fiscal court. Defendants have failed to train, supervise and enforce the referenced

Package:000005 of 000010

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000005 of 000010

3

policies. Defendants have failed to implement the corrections mandated by annual inspection reports of the Kentucky Department of Corrections, which failures were related to the supervisory and training deficiencies alleged herein as being a substantial factor in causing the injury of Mr. Kidroske.

12. Defendants' failures were a substantial factor in causing severe physical pain and mental suffering to plaintiff, past and future.

13. As a direct and proximate result of defendants' conduct, plaintiff Kidroske suffered loss of the power to work and earn money.

14. Further, defendants' conduct was so reckless, grossly negligent, outrageous and wanton that plaintiff shall be entitled to punitive and/or exemplary damages.

15. As a further direct and proximate result of defendants' conduct, plaintiff has been caused to incur attorneys' fees which he is entitled to recoup in this litigation.

WHEREFORE, plaintiff, David Kidroske, demands judgment against the defendants, Steve Tussey, Individually, and in his official capacity as Madison County Jailer; Thomas Jones, Individually, and his official capacity as Madison County Assistant Jailer; Southern Health Partners, Inc., Individually, and by and through their providers, John and Jane Doe, Madison County Detention Center Medical Director; Deputies John Doe and Jane Doe, and Madison County Jail, in amounts considered fair and reasonable by the jury based on the evidence, but in an amount in excess of the jurisdictional amount of this Court, and for the following:

(a) Mental and emotional pain, suffering and humiliation;

(b) Destruction of plaintiff's earning capacity;

(c) Medical expenses;

(d) Reimbursement for fees and consequential expenses;

4

Package:000006 of 000010

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000006 of 000010

(e)     Punitive damages;

(f)     Reasonable attorneys' fees;

(g)     Costs herein expended;

(h)     Trial by jury on all issues so triable; and

(i)     Any and all other relief to which plaintiff may be entitled.

Respectfully submitted,

HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
(859) 254-0024
(859) 254-5991 (fax)
tom.herren@herrenadams.com

_/s/ Thomas K. Herren_
THOMAS K. HERREN
ATTORNEY FOR PLAINTIFF

c:\documents\tkh\pldgs\kid555.com.docx

5