Filed        20-CI-00032      02/10/2020           David M. Fernandez, Madison Circuit Clerk              NOT ORIGINAL DOCUMENT
                                                                                                        02/17/2020 01:24:21 PM
                                                                                                        84489

Case: 5:20-cv-00071-CHB   Doc #: 1-2   Filed: 02/27/20   Page: 1 of 5 - Page ID#: 10

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL BRANCH
DIVISION II
CIVIL ACTION NO. 20-CI-00032

DAVID KIDROSKE, JR.                                                                  PLAINTIFF

v.

MADISON COUNTY DETENTION CENTER;
STEVE TUSSEY, Individually, and in his capacity as
MADISON COUNTY JAILER; THOMAS JONES,
Individually and in his capacity as
MADISON COUNTY ASSISTANT JAILER;
SOUTHERN HEALTH PARTNERS, INC. and
DEPUTIES JOHN DOE and JANE DOE                                                       DEFENDANTS

_____

**ANSWER**
_____

Defendants Madison County Detention Center; Steve Tussey, individually and in his capacity as Madison County Jailer; and Thomas Jones, individually and in his capacity as Madison County Assistant Jailer (collectively "the Madison County Defendants"), by counsel, for their Answer to the Plaintiff's Complaint, state as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim against these Defendants upon which relief may be granted and should therefore be dismissed, with prejudice.

**SECOND DEFENSE**

1.      The Madison County Defendants admit the allegations contained in paragraphs 1 and 2 of the Complaint.

Exhibit "B"

Filed          20-CI-00032     02/10/2020              David M. Fernandez, Madison Circuit Clerk       NOT ORIGINAL DOCUMENT
                                                                                                02/17/2020 01:24:21 PM
                                                                                                84489

Case: 5:20-cv-00071-CHB   Doc #: 1-2   Filed: 02/27/20   Page: 2 of 5 - Page ID#: 11

2. The Madison County Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 3 of the Complaint and therefore deny same.

3. The Madison County Defendants deny the allegations set forth in paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15 of the Complaint.

4. The Defendants deny each and every other allegation contained in the Complaint that is not specifically admitted herein.

### THIRD DEFENSE

The Complaint is barred by the doctrines of absolute immunity, sovereign immunity, qualified immunity, governmental immunity, official immunity, and where applicable, immunity provided by the 11th Amendment to the United States Constitution.

### FOURTH DEFENSE

At all times relevant herein, these Defendants acted in accordance with the letter and the spirit of all applicable common law, statutes and Constitutions of the Commonwealth of Kentucky and the United States of America, and these Defendants rely upon same as a complete bar to all claims of the Plaintiff herein.

### FIFTH DEFENSE

At all times relevant herein, these Defendants' actions were in furtherance of a governmental function in which discretionary acts were performed in good faith with an objectively reasonable belief that their actions were lawful, and these Defendants plead and rely upon such defense as a complete bar to the claims of the Plaintiff herein.

Filed          20-CI-00032     02/10/2020          David M. Fernandez, Madison Circuit Clerk        NOT ORIGINAL DOCUMENT
02/17/2020 01:24:21 PM
84489

Case: 5:20-cv-00071-CHB   Doc #: 1-2   Filed: 02/27/20   Page: 3 of 5 - Page ID#: 12

## SIXTH DEFENSE

At all times relevant herein, these Defendants' actions were taken within the scope of their official duties as an official and/or employee of Madison County, Kentucky, in good faith, without malice, and as a result thereof, these Defendants demand that all claims against them be dismissed, with prejudice.

## SEVENTH DEFENSE

At all times relevant herein, these Defendants followed all applicable policies and procedures, and they rely upon the same as a complete bar to the causes of action asserted against them.

## EIGHTH DEFENSE

These Defendants plead pre-existing injuries, failure to name indispensable parties, and failure to exhaust administrative remedies as bars to the claims asserted against them herein.

## NINTH DEFENSE

The Plaintiff's claims for punitive damages are barred in whole and in part by KRS 411.186 and violate these Defendants' rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States' Constitution and analogous provisions of the Kentucky Constitution.

## TENTH DEFENSE

Plaintiff's damages, if any, were directly and proximately caused by the Plaintiff's negligent and/or intentional actions, or inaction of third parties not under the control of these Defendants.

## ELEVENTH DEFENSE

The Plaintiff's Complaint and the claims alleged therein are subject to all appropriate statutes of limitations.

## TWELFTH DEFENSE

The Plaintiff's Complaint is barred by the Prison Litigation Reform Act.

## THIRTEENTH DEFENSE

The Plaintiff's Complaint is barred by KRS 65.200, et seq.

WHEREFORE, these Defendants, Madison County Detention Center; Steve Tussey, individually and in his capacity as Madison County Jailer; and Thomas Jones, individually and in his capacity as Madison County Assistant Jailer, respectfully request as follows:

1. That the Complaint against them be dismissed, with prejudice, and held for naught;

2. That they be awarded their reasonable attorney's fees and costs herein expended; and

3. That they be granted any and all other relief, whether in law or in equity, to which they may reasonably appear entitled.

Respectfully submitted,

/s/ D. Barry Stilz
D. Barry Stilz
Lynn Sowards Zellen
Ellen L. Black
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY  40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
bstilz@ksattorneys.com
lzellen@ksattorneys.com
eblack@ksattorneys.com
*Counsel for Madison County Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's electronic filing and service system on this the 10th day of February, 2020, which served the following parties by electronic means, and a copy was also served on the following by U. S. Mail:

Thomas K. Herren
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
Tom.herren@herrenadams.com
*Counsel for the Plaintiff*

M. Jane Brannon
Jackson Kelly, PLLC
100 West Main St.
Suite 700
Lexington, KY 40501
mjbrannon@jacksonkelly.com
*Counsel for Defendant Southern Health Partners*

　　　　　　　　　　　　　　　　　　　/s/ D. Barry Stilz
　　　　　　　　　　　　　　　　　　*Counsel for Madison County Defendants*