Filed          20-CI-00032    02/10/2020         David M. Fernandez, Madison Circuit Clerk          NOT ORIGINAL DOCUMENT
                                                                                                  02/27/2020 11:02:12 AM
                                                                                                  096126

Case: 5:20-cv-00071-CHB   Doc #: 1-4   Filed: 02/27/20   Page: 1 of 3 - Page ID#: 22

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL BRANCH
DIVISION II
CIVIL ACTION NO. 20-CI-00032

DAVID KIDROSKE, JR.                                                                    PLAINTIFF

v.

MADISON COUNTY DETENTION CENTER;
STEVE TUSSEY, Individually, and in his capacity as
MADISON COUNTY JAILER; THOMAS JONES,
Individually and in his capacity as
MADISON COUNTY ASSISTANT JAILER;
SOUTHERN HEALTH PARTNERS, INC. and
DEPUTIES JOHN DOE and JANE DOE                                                         DEFENDANTS

---

### ENTRY OF APPEARANCE
---

Lynn Sowards Zellen of Kinkead & Stilz, PLLC, hereby appears as co-counsel with D. Barry Stilz on behalf of Defendants Madison County Detention Center; Steve Tussey, individually and in his capacity as Madison County Jailer; and Thomas Jones, individually and in his capacity as Madison County Assistant Jailer (collectively "the Madison County Defendants"), and requests that she be placed on the service list to receive documents filed in this proceeding.

Exhibit "D"

Respectfully submitted,

/s/ Lynn Sowards Zellen
D. Barry Stilz
Lynn Sowards Zellen
Ellen L. Black
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY  40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
bstilz@ksattorneys.com
lzellen@ksattorneys.com
eblack@ksattorneys.com
*Counsel for Madison County Defendants*

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's electronic filing and service system on this the 10th day of February, 2020, which served the following parties by electronic means, and a copy was also served on the following by U. S. Mail:

Thomas K. Herren
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
Tom.herren@herrenadams.com
*Counsel for the Plaintiff*

M. Jane Brannon
Jackson Kelly, PLLC
100 West Main St.
Suite 700
Lexington, KY 40501
mjbrannon@jacksonkelly.com
*Counsel for Defendant Southern Health Partners*

                              /s/ Lynn Sowards Zellen
                              *Counsel for Madison County Defendants*