Filed 20-CI-00032 02/10/2020 David M. Fernandez, Madison Circ... NOT ORIGINAL DOCUMENT
02/27/2020 11:03:00 AM
096126

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL BRANCH
DIVISION II
CIVIL ACTION NO. 20-CI-00032

DAVID KIDROSKE, JR.                                                    PLAINTIFF

v.

MADISON COUNTY DETENTION CENTER;
STEVE TUSSEY, Individually, and in his capacity as
MADISON COUNTY JAILER; THOMAS JONES,
Individually and in his capacity as
MADISON COUNTY ASSISTANT JAILER;
SOUTHERN HEALTH PARTNERS, INC. and
DEPUTIES JOHN DOE and JANE DOE                                         DEFENDANTS

---

## ENTRY OF APPEARANCE

---

Ellen L. Black of Kinkead & Stilz, PLLC, hereby appears as co-counsel with D. Barry Stilz

and Lynn Sowards Zellen on behalf of Defendants Madison County Detention Center; Steve

Tussey, individually and in his capacity as Madison County Jailer; and Thomas Jones, individually

and in his capacity as Madison County Assistant Jailer (collectively "the Madison County

Defendants"), and requests that she be placed on the service list to receive documents filed in this

proceeding.

Exhibit "E"

EA : 000001 of 000003

Filed                                                                                              NOT ORIGINAL DOCUMENT
                                                                                                   02/27/2020 11:03:00 AM
                                                                                                   096126

Respectfully submitted,


/s/ Ellen L. Black
D. Barry Stilz
Lynn Sowards Zellen
Ellen L. Black
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY  40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
bstilz@ksattorneys.com
lzellen@ksattorneys.com
eblack@ksattorneys.com
*Counsel for Madison County Defendants*

EA : 000002 of 000003

Filed          20-CI-00032   02/10/2020                          David M. Fernandez, Madison Circuit Clerk
NOT ORIGINAL DOCUMENT
02/27/2020 11:03:00 AM
096126

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's electronic filing and service system on this the 10th day of February, 2020, which served the following parties by electronic means, and a copy was also served on the following by U. S. Mail:

Thomas K. Herren
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
Tom.herren@herrenadams.com
*Counsel for the Plaintiff*

M. Jane Brannon
Jackson Kelly, PLLC
100 West Main St.
Suite 700
Lexington, KY 40501
mjbrannon@jacksonkelly.com
*Counsel for Defendant Southern Health Partners*

/s/ Ellen L. Black
*Counsel for Madison County Defendants*

EA : 000003 of 000003